FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

2017 JUN 21  PM 12: 10

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

DALLAS WITTGENFELD and DANIEL A. BERNATH,

Plaintiffs,

v. Case No: 2:17-cv-202-FtM-99MRM

ROBERT LOCKETT, DIANE SHIPLEY, DON SHIPLEY and EXTREME SEAL ADVENTURES,

 Defendants.

RE: ORDER Pending before the Court are Plaintiffs' Motion for Extension of Time to Serve Diane Shipley and Don Shipley (Doc. 33) filed on June 6, 2017.

*By allowing them to serve us in court, by granting their motion to extend time to our court date on June 28th against the Plaintiff Wittgenfeld, a date that has my wife sick already from those clowns, just gives them permission to disrupt court proceedings again and scare my wife before she testifies. It is nothing more than allowing them to intimidate a witness before a trial.*

1. It must be exceptionally difficult for judges to wade through statements made by several parties and determine whose lying and who isn't. In this case the ONLY true statements are coming from the defendants.
DANIEL ALAN BERNATH (Ring Leader) has led a life of deceit and is well known as a "Frequent Flyer" (vexatious litigant) in California, Oregon, Virginia, Maryland and Florida's courts.

2. Bernath's motion for <u>Extension of Time</u> to serve us made a "Big Deal" about <u>concealed weapons</u> depicting my wife of 37 years <u>in his own photoshopped image</u> of her with a gun in front of a McDonald's to get the judges attention of how dangerous she is.
She's 5'2", 59 years old, a mother, grandmother and served honorably in the United States Navy "longer" than Bernath and Wittgenfeld combined. She's no threat to anyone, she is however a target for Bernaths despicable internet attacks and vexatious lawsuits.

Noteworthy is Bernath's own disbarment, violation number 18 "**A Motion for Sanctions was made against him for appearing at a deposition while carrying a <u>concealed weapon</u>.**"
Enclosure/Folder 4.



3. Bernath's elementary school drama continues with my wife holding a knife at our training course (Extreme SEAL Experience) "cooks" throat. The smiling Roy, wearing an Extreme SEAL Experience shirt, did a cooking show with my wife titled "Shrimp n Grits" for our video website that Bernath stalks and lurks on.

Bernath, given a few hours, could make Carol Burnett and Harvey Korman look like Public Enemy Number One and Two to the courts.



You are here - Shrimp n Grits

## Shrimp n Grits





4. The Bernath Tantrum of Deceit continues with this picture for his "Motion for Extension to serve us: Bernaths caption says that they've threatened **Everyone by stating** "Don't Fuck with me. I'll Shoot you" and I'll leave that for his Honor to decide...



These pictures were taken by www.inspiringadventurer.com when they visited my Virginia Training Course "Extreme SEAL Experience.com". Those are training weapons in the background. They don't shoot bullets.



*Extreme SEAL Experience made Forbes TOP TEN list and has been featured on the Today Show, ABC Nightline, ABC 20/20, Good Morning America, CBS Inside Edition x 4, Travel Channel x 2, Discovery Channel, History Channel, Future Weapons, Fox and Friends, Washingtonian Magazine, Fox News 5, Fox News Business and DOZENS of other Radio and TV shows around the World.*



5. Bernath submits this picture and LIES saying my wife was "Politely Processed Served her court papers. **THIS IS THE BASIS FOR ALL OF THIS, Your Honor.**

That was a "snipped" video image taken by **Joseph Brian Cryer** on March 23rd, 2017 just before our court hearing for a Peace Order (restraining order) for **Plaintiff Dallas Wittgenfeld** in Cambridge, Maryland, our new home.

Plaintiff DALLAS WITTGENFELD Court case information below. We were easily given a "Peace Order" by the Court.



**Plaintiff Dallas Wittgenfelds Mugshot.**



Just before Plaintiff Dallas Wittgenfelds appearance in court on March 23rd, and under a "Temporary NO CONTACT Peace Order," Plaintiff Wittgenfeld thought it would be a good idea if JOSEPH BRIAN CRYER and he ambushed my wife and me in the Court House parking lot. The incident was captured on Court House security cameras and we were aided by Court Bailiffs that saw the altercation take place.

6. At the Courts encouragement we filed charges on Plaintiff Wittgenfeld and Joseph Brian Cryer.

NOTEWORTHY is the motion to extend time to serve us is June 28th. June 28th is the day Plaintiff Wittgenfeld and Joseph Cryer have Maryland trials for the "Parking Lot Incident."

Wittgenfelds charges are <u>Harass, a course of conduct and Peace Order, fail to comply.</u>

ATTACHED:



## CaseSearch — District Courtof Maryland

Go Back Now

### Case Information

Court System: District Court For Dorchester County - Criminal
Location: Dorchester
Case Number: D-021-CR-17-000210
Title: State of Maryland vs. DALLAS WITTGENFIELD
Case Type: Criminal - SOC - Application
Filing Date: 03/24/2017
Case Status: Open

Tracking Number(s): 171001026324

### Defendant Information

Defendant

Name: WITTGENFIELD, DALLAS
Race: White Sex: Male Height: 5'2" Weight: 140
HairColor: Grey or Partially Grey EyeColor:
DOB: 05/23/1949
Address: 2421 PINE HILL PLACE
City: ORANGE CITY State: FL Zip Code: 32763-0000

### Involved Parties Information

Plaintiff

Name: State of Maryland

### Attorney(s) for the Plaintiff

Name: State's Attorney - Dorchester County
Address Line 1: 501 Court Lane, Suite 211
City: Cambridge State: MD Zip Code: 21613

Complainant

Name: SHIPLEY, CAROL DIANE

### Court Scheduling Information

| Event Type | Event Date | Event Time | Court Location | Court Room | Result |
|---|---|---|---|---|---|
| Hearing - Preliminary Inquiry | 05/08/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | Reset |
| Hearing - Preliminary Inquiry | 05/08/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | CONC |
| Trial | 06/28/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | |

### Charge and Disposition Information

Charge No: 1 CJIS Code: 1-0191 Statute Code: CR.3.803
Charge Description: HARASS; A COURSE OF CONDUCT Charge Class: Misdemeanor
Probable Cause: YES
Offense Date From: 03/23/2017 To: 03/23/2017
Agency Name: Officer ID:

Charge No: 2 CJIS Code: 2-0105 Statute Code: CJ.3.1508
Charge Description: PEACE ORDER: FAIL TO COMPLY Charge Class: Misdemeanor
Probable Cause: YES
Offense Date From: 03/23/2017 To: 03/23/2017
Agency Name: Officer ID:

ATTACHED: Joseph Brian Cryer charges for trial on June 28th, 2017. Second Degree Assault on my wife and Harass, a course of conduct.

**Defendant**

**Name: CRYER, JOSEPH**
Race:      White  Sex: Male  Height: 6'3"  Weight: 300
HairColor:  EyeColor:
DOB:      03/23/1966
Address: 709 GULF STREAM DR
City:      OCEAN CITY  State: MD  Zip Code: 21842-0000

*Attorney(s) for the Defendant*
Name:      Simmons, Raymond H Esquire
Address Line 1: P.O. Box 753
City:          Cambridge  State: MD  Zip Code: 21613

## Involved Parties Information

**Plaintiff**

**Name: State of Maryland**

*Attorney(s) for the Plaintiff*
Name:      State's Attorney - Dorchester County
Address Line 1: 501 Court Lane, Suite 211
City:          Cambridge  State: MD  Zip Code: 21613

**Complainant**

**Name: SHIPLEY, CAROL DIANE**

### Court Scheduling Information

| Event Type | Event Date | Event Time | Court Location | Court Room | Result |
|---|---|---|---|---|---|
| Hearing - Preliminary Inquiry | 05/08/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | Court |
| Trial | 05/15/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | Postponed/Reset |
| Trial | 05/15/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | Postponed/Reset |
| Trial | 06/28/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | |

### Charge and Disposition Information

Charge No: 1  CJIS Code: 1-0191  Statute Code: CR.3.803
Charge Description: HARASS; A COURSE OF CONDUCT  Charge Class: Misdemeanor
Probable Cause:  YES
Offense Date From: 03/23/2017  To: 03/23/2017
Agency Name:      Officer ID:

Charge No: 2  CJIS Code: 1-1415  Statute Code: CR.3.203
Charge Description: ASSAULT-SEC DEGREE  Charge Class: Misdemeanor

Noteworthy is Joseph Cryer stands 6'3" and weighs 300 pounds from his description above who Bernath claims <u>peacefully served</u> my wife.  BS... Cryer has prior arrests for assault.

**Cryer...** An acquaintance of both Plaintiffs was hired by Bernath to pull that stunt. There was NO SERVICE of anything except a "cheat sheet" that Bernath wrote for Wittgenfeld to help him in court. It was a fist full of NOTHING except more pictures of my wife and I to show the judge and the judge wasn't impressed.

**Cryer** is NOT any kind of process server and those papers contained <u>**nothing**</u> for any court application concerning us. CRYER scared and intimidated my wife in a parking lot as she left a restaurant for court by forcefully shoving those papers in her chest and forcing her to take them. I exited the restaurant a moment later, saw what was happening and came to her aid.

Plaintiff WITTGENFELD also carried a video camera that day and accosted me, my wife and bystanders SCREAMING about Vietnam and pursued us up the courthouse steps. The judge placed two bailiffs on either side of Wittgenfeld in court and made him stand to the far right of the courtroom against the wall when he testified he was so disruptive.
Judge Melvin J. Jews. 410-901-1420

7. By allowing them to serve us in court, by granting their motion to extend time to our court date against the Plaintiff, a date that has my wife sick already from those clowns, just gives them permission to disrupt court proceedings and scare my wife before she testifies. It is nothing more than allowing them to <u>**intimidate a witness before a trial.**</u>

8. Restraining Orders/Peace Orders are not easy to get. There must be lots of very clear proof. My wife and I have these restraining orders on both Plaintiffs. Both in Maryland and on Bernath in Virginia.

ATTACHED:

| CaseSearch | District Court of Maryland |
|---|---|

Go Back Now

## Case Information

**Court System: District Court For Dorchester County - Civil**
Location:        Dorchester
Case Number: D-021-CV-17-000272
Title:
Case Type:     Peace Order
Filing Date:    03/16/2017
Case Status:   Open

## Involved Parties Information

**Respondent**

Name: BERNATH, DANIEL ALAN
DOB:09/29/1949
Address: 1319 KINGWOOD CT
City:        FORT MYERS  State: FL  Zip Code: 33919

## Court Scheduling Information

| Event Type | Event Date | Event Time | Court Location | Court Room | Result |
|---|---|---|---|---|---|
| Hearing - Temporary Peace Order | 03/16/2017 | 13:30:00 | Dorchester District Court | Courtroom 1 | CONC |
| Hearing - Final Peace Order | 03/23/2017 | 13:30:00 | Dorchester District Court | Courtroom 1 | Reset |
| Hearing - Final Peace Order | 03/23/2017 | 13:30:00 | Dorchester District Court | Courtroom 1 | POST |
| Hearing - Final Peace Order | 03/29/2017 | 13:30:00 | Dorchester District Court | Courtroom 1 | Reset |
| Hearing - Final Peace Order | 03/29/2017 | 13:30:00 | Dorchester District Court | Courtroom 1 | REST |
| Hearing - Final Peace Order | 04/14/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | Reset |
| Hearing - Final Peace Order | 04/14/2017 | 09:00:00 | Dorchester District Court | Courtroom 1 | CONC |

## GENERAL DISTRICT COURT
## ONLINE CASE INFORMATION SYSTEM

**Chesapeake General District Court**

### Traffic/Criminal Case Details

NOTE: This case was appealed to circuit court on 04/17/2017. See circuit court for final disposition.

#### Case/Defendant Information

| | | |
|---|---|---|
| Case Number : GC16007805-00 | Filed Date : 12/14/2016 | Locality : COMMONWEALTH OF VA |
| Name : BERNATH, DANIEL A | Status : Bail | Defense Attorney : LECKIE, E |
| Address : FT MEYERS, FL 33919 | AKA1 : | AKA2 : |
| Gender : Male | Race : White Caucasian(Non-Hispanic) | DOB : 09/29/**** |

#### Charge Information

| | | |
|---|---|---|
| Charge : VIOLATE A PROTECTIVE ORDER | | |
| Code Section : 18.2-60.4 | Case Type : Misdemeanor | Class : 1 |
| Offense Date : 04/18/2016 | Arrest Date : 12/12/2016 | Complainant : SHIPLEY, CAROL D |
| Amended Charge : | Amended Code : | Amended Case Type : |

#### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 12/19/2016 | 08:15 AM | Continued | Arraignment | | | |
| 03/07/2017 | 09:00 AM | Continued | Adjudicatory | | | |
| 04/17/2017 | 09:02 AM | Finalized | Adjudicatory | | | |

#### Service/Process

#### Disposition Information
Final Disposition : Guilty

**At the bottom says GUILTY:** Bernath was convicted and sentenced to two years in jail and a $5000 fine. He is out on appeal, his trial in Virginia is set for August 22nd this year.

**Philip J. Infantino III, Presiding Judge issued our restraining order against Bernath.** When Bernath violated and was arrested a year later Judge **Infantino** called Plaintiff Bernath disgusting and filthy TWICE for his openly carrying penis catheters in court and photoshopping pornographic images of my wife and posting them on the internet.

Judge Infantino 757-382-3100 said "I've heard 25,000 cases as a judge and I remember this one above all others. He then told Bernaths attorney he strongly recommended Bernath get a Mental Health examination.

**ATTACHED: Are Bernath recent mugshots for his TWO arrests in Virginia for violating the restraining order.**



9. Finally, Sir... Attached are video "Snips" that Wittgenfeld and Cryer took in the parking lot. Wittgenfeld posted his own version on Google+ and Bernath another on YouTube. Both were carefully edited to seem harmless and both postings were in Violation of their current restraining orders which clearly spell out NO INTERNET POSTINGS. The courthouse security

cameras will show the truth. ATTACHED:



## MCPO don shipley phony seal but real coward

buds131 gay

Subscribe 83

18 views

+ Add to    Share    ••• More    👍 👎



Published on May 8, 2017
Mall Cop Don Shipley, never deployed seal, frightened by disabled 68 year old veteran with a camera.

Category    People & Blogs
License     Standard YouTube License

SHOW LESS

NOTEWORTHY: is the above YouTube picture was taken by Licensed Process Server Charles G. Bennett of https://www.boomersprocessserviceinc.com/ Office: (410) 476-5765 / Cell: (410) 463-2922 but edited by Bernath.

Charles (Boomer) stated that he called Bernath from my driveway and said he wasn't entering the property. Charles stated Bernath told him to post the service to our mailbox and Charles said that wasn't legal. Charles stated Bernath told him to do it anyhow and send him pictures. Charles said Bernath won't pay him and he has no additional papers to serve us in court. I take that to mean the three stooges, Bernath, Wittgenfeld and Cryer will all be at court to disrupt

to disrupt the proceedings and attempt service for his frivolous lawsuit.





**Conclusion:** Plaintiff Daniel Alan Bernath was exposed as a Military Phony by a website called "This Ain't Hell" for stealing the photograph of a Navy Photographer and photoshopping his head over his and using it to better his career. Bernath wore awards, insignia, time in service and rank he did not earn and was rightfully exposed as a phony.



PHC DANIEL A. BERNATH, USN (HON)

PHC DANIEL A. BERNATH, USN (HON)   P41 JOHN R. SHEPPARD, USN(RET)

Plaintiff Dallas Wittgenfeld was exposed by the same website after claiming awards for Valor he didn't earn and claiming Special Forces when he was not.



‹ Prev  3 of 23  Next ›        Buy ▾   View Cart

🐦 Tweet  1        📘 Share      👍 Like

Combat wounded Vietnam Veteran Dallas Wittgenfeld kneels at the Vietnam Veterans' Memorial in Washington D.C. The two Purple Heart recipient wears his Purple Heart Parachutist uniform and Special





# SPECIAL FORCES ASSOCIATION

"The Green Beret"
Post Office Box 41436
Fayetteville, North Carolina 28309-1436
Phone: 910-485-6433 • Fax: 910-485-1041
http://www.specialforcesassociation.org
Email: sfaho@aol.com

6 August 2012

Dallas G. Wittgenfeld

SUBJECT: Conduct unbecoming of a member of the Special Forces Association; Expulsion

REFERENCE: Special Forces Association Constitution dated 1 January 2009, Article IV,
Membership; Section VII, Termination of Membership; Paragraph C, Falsification or
misrepresentation in an application , or any arbitrary actions, deeds, or behavior, by a member
which brings discredit, humiliation, or embarrassment upon the Association shall be grounds for
expulsion from the Association.

This letter is to inform you that a preliminary finding has been made that you have violated the
above quoted Constitutional Provision. As such, it is the determination that your conduct was so
egregious as to constitute valid and just grounds for EXPULSION from the Association.

Your violations include, but may not be limited to the following:



1. That you claimed to be a fully qualified Special Forces Soldier;
2. That you claimed to have served as a qualified Special Forces Soldier in Vietnam;
3. That you made false representations as to your qualification and unit assignments on your initial
application;
4. That you wore our sacred symbol of excellence at times and places in contravention of existing
Army Regulations;
5. That you disrespected fellow members of our Association;
6. That you disrespected the widow of a deceased member;
7. That you abused your status as an Associate member.

In many ways your conduct is more severe than an outright fraud. An outright fraud has no
exposure to our customs and traditions. As an Associate member you had such exposure. We
granted you a sacred trust; the ability to live and walk among us. Simply stated, you violated that
trust.

For these reasons and more, it is the determination of our national Board that you are hereby

While I had NOTHING to do with either man's outing as a MILITARY PHONY, I am known for exposing the pandemic of fraudulent Navy SEAL claims being a Retired Navy SEAL myself. Plaintiff Bernath and Wittgenfeld have teamed up and attack anyone who exposes these false claims and anyone who merely comments on website forums about Military Phonies. Their tactics are beyond disgusting and dozens and dozens are victims of their ruthless despicable attacks and Internet Postings.

**Defendant Robert Lockett** is a commenter who Bernath and Wittgenfeld endlessly harass him and his family, wife and daughter. Robert Lockett is a retired Navy Commander who lives in Kansas City who tired of his family receiving disturbing email images to include homosexual



men inserting AR-15 rifles in each other rectums.

Defendant Robert Lockett filed Police Reports. On June 22nd, 2017, in mere days, after three continuances, BOTH Bernath and Wittgenfeld must appear in Kansas City for Domestic Violence and Violating Missouri Decency Laws charges for sending those images to the Lockett family.

| SUBPOENA TO TESTIFY | Witness Copy |
| --- | --- |
| And to Produce Documents or Objects<br>The 16th Judicial Circuit Court of Missouri<br>Kansas City Municipal Division<br>1101 Locust Street<br>Kansas City, Missouri 64106 | TICKET NO.<br>**2G115513** |

## FAILURE TO APPEAR MAY RESULT IN ISSUANCE OF A WARRANT FOR YOUR ARREST

| | DOMESTIC VIOLENCE ☐ |
| --- | --- |
| STATE OF MISSOURI<br>IN THE CIRCUIT COURT OF Kansas City Municipal Court | DIVISION<br>16th |

| **KANSAS CITY** | , **Plaintiff** |
| --- | --- |
| | **VS.** |

Defendant
**WITTGENFELD, DALLAS**

Witness's Name (Last, First, Middle)
**LOCKETT, ROBERT, J**

Address Type
☒Home ☐Business ☐Unknown

Street Address
**1318 NW 47ST**

| City<br>**KANSAS CITY** | State<br>**MO** | Zip Code<br>**64119** |
| --- | --- | --- |

| Home Phone | Work Phone | Cell Phone<br>**9136366303** |
| --- | --- | --- |

## YOU ARE COMMANDED TO APPEAR BEFORE THE JUDGE OF THE CIRCUIT COURT OF MISSOURI

| Court Date<br>**03/03/2017** | Court Time<br>**1000** ☒A.M. ☐P.M. | In (Courtroom)<br>**D** |
| --- | --- | --- |

Court Address (Street, City, State, Zip)
**1101 Locust Street , Kansas City, MO, 64106**

To testify in case indicated in behalf of the:
☒ Plaintiff    ☐ Defendant

Bring with you the following:
BE PREPARED TO TESTIFY IF NEEDED

| ☒ delivering same to witness named herein | ☐ reading same to and within hearing of witness named herein |
| --- | --- |

Served within write this date by

| Date:<br>**1/20/2017 7:38:00 AM** | **OCA: 17-004348** |
| --- | --- |

| Police Officer<br>**/s/ J. SMITH** | Badge<br>**05285** |
| --- | --- |

**SUBPOENA TO TESTIFY**
And to Produce Documents or Objects
The 16th Judicial Circuit Court of Missouri
Kansas City Municipal Division
1101 Locust Street
Kansas City, Missouri 64106

**Witness Copy**
TICKET NO.
**2G115512**

**FAILURE TO APPEAR MAY RESULT IN ISSUANCE OF A WARRANT FOR YOUR ARREST**

**DOMESTIC VIOLENCE** []

| STATE OF MISSOURI IN THE CIRCUIT COURT OF Kansas City Municipal Court | DIVISION 16th |
|---|---|

**KANSAS CITY**                    **, Plaintiff**
                                    **VS.**

Defendant
**BERNATH, DANIEL, ALAN**

Witness's Name (Last, First, Middle)
**LOCKETT, ROBERT, J**

Address Type
☒Home ☐Business ☐ Unknown

Street Address
**1318 NW 47ST**

| City | State | Zip Code |
|---|---|---|
| **KANSAS CITY** | **MO** | **64119** |

| Home Phone | Work Phone | Cell Phone |
|---|---|---|
| | | **9136366303** |

**YOU ARE COMMANDED TO APPEAR BEFORE THE JUDGE OF THE CIRCUIT COURT OF MISSOURI**

| Court Date | Court Time | In (Courtroom) |
|---|---|---|
| **03/03/2017** | **1100** | ☒A.M. ☐P.M. **D** |

Court Address (Street, City, State, Zip)
**1101 Locust Street , Kansas City, MO, 64106**

To testify in case indicated in behalf of the:
☒ Plaintiff   ☐ Defendant

Bring with you the following:
  BE PREPARED TO TESTIFY IF NEEDED

| ☒ delivering same to witness named herein | ☐ reading same to and within hearing of witness named herein |
|---|---|

Served within write this date by

Date:
**1/20/2017 7:37:00 AM**   |   OCA: **17-004348**

| Police Officer | Badge |
|---|---|
| **/s/ J. SMITH** | **05285** |

**Six days later Wittgenfeld and Cryer stand trial in Maryland and in August Bernath has his appeal trial in Virginia.**

ALL OF THIS, the Service, the Lawsuits are all retribution from the Plaintiffs and Bernath has sued me personally in four states, seven times I believe, just to run up attorney bills as he acts Pro Se with frivolous litigations.

I'll very respectfully ask the court a final time to "Quash" this nonsense and _not allow_ those clowns to intimidate my wife and disrupt court proceedings in Maryland.

I would have included mugshots of myself, my wife and Mr. Lockett but we've never had any trouble with the law and there are none to send the court.

Thank you, Sir.

Don Shipley USN ret. SEAL Team One, SEAL Team Two.

*5701 BAR NECK RD*
*CAMBRIDGE, MD  21613*

Enclosure/folder 1. Judge Carol Mirando ORDER against Bernath dated June 14th, 2017.

Enclosure/folder2. Attorney John Mason's American Legion Request for Relief against Bernath.

Enclosure/folder 3. Attorney John Mason's Memorandum for Damages against Bernath.

Enclosure/folder 4. Supreme Court of Oregon Disbarment of Bernath, 18 charges, that he "Lacks Good Moral Character and Fitness to Practice Law."

The "Enclosures/Folders" are submitted as a testament to how insane Bernath is and the mentions of Vexatious Conduct, Relentless Abuses, Frivolous Petitions, Abuse the System, Harassment, Meritless Actions, Discovery Abuses, Forgery, Fraud on the Court, Willful Violations of Rules and Order, Disseminate Abhorrent Materials, Shotgun Litigation Pattern, Waste the Resources of Judges-Courts-Court Staff, Irreparable Harm, Defamatory Statements, Illegal Cybersquatting, Malicious, Purposely Set Out to Harm, Lied, Destroyed All Of His Files, Malicious Prosecution, Combined Motion To Declare Plaintiff Bernath a Vexatious Litigant, Most Despicable Manner, Bernath's Bad-Faith Litigation Conduct, Harass-Intimidate and Increase the Cost of Litigation to name a few.

United States District Court
Middle District of Florida
Fort Myers Division

Dallas Wittgenfeld,                    CASE NUMBER: 2:17-cv-202-FtM-99MRM

Daniel A. Bernath
Plaintiffs

vs.

Robert Lockett,
Diane Shipley,
Don Shipley,
Extreme Seal Adventures,

Defendants.

2017 JUN -6  AM 11: 24
CLERK,US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

FILED

Plaintiff Dallas Wittgenfeld

and

Plaintiff Daniel A. Bernath's

Motion to extend time to serve Diane Shipley and Don Shipley

To July 28, 2017

1. The Court has ordered that these defendants be served quickly. These defendants admit that they have been served and wrote a letter to the Court stating this fact. As such, they have made an appearance.

2. These defendants have sequestered themselves deep into the eastern shore of Maryland. They have put a cable across their driveway. They have put up a box which says "Delivery".



3.



4. Other peaceful means of serving the Shipleys have failed as they refuse to sign

   certified mail with court notices:



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAROL SHIPLEY
5901 Bar Neck R
CAMBRIDG MD 21613

9590 9402 2703 6351 6041 04

2. Article Number (Transfer from service label)
7016 3010 0000 8696 5246

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carol Gartler
5901 Beth Ward Rd.
Cambridge Md 21613

9590 9402 2703 6351 6049 99

2. Article Number (Transfer from service label)

7016 3010 0000 8696 5024

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

5.   They have threatened everyone by stating *"Don't fuck with me. I'll shoot you."*



6.  Extreme Seal Adventures (derived from Extreme Seal Experience) was a
    machine gun camp, not far from Washington DC, that taught anyone with
    $2400, US Navy SEAL weapons, tactics and methods. Many of these potential
    future terrorists came from overseas and were trained US Navy SEAL methods
    and tactics by Don Shipley and Diane Shipley.



7.
The Shipleys create snuff videos where they torment veterans on the streets,
burst into their homes, offices, churches and accuse them. The Shipleys are
actors. Shipleys have stated under oath that they are "celebrities" and are "like
the Kardashians. People pay to watch our life." Don Shipley calls it "this form
of entertainment."

8. This compilation of the Shipley's Pay-Per-View business shows that they are
very dangerous. **tinyurl.com/ybgjrsz8**

9. The Shipleys rarely leave their armed compound. The Shipleys boast about

having multiple automatic weapons and of Don Shipley published that "I'm just

an old retired commando, and if I was in Idaho, I'd knock your fucking teeth out.

What do you think about that?" To the person entering the courthouse Don

Shipley threatened to <u>"throat" punch and "clock"</u> the 68 year old twice wounded

Vietnam War veteran. (see video



**tinyurl.**

**com/yb**

**gjrsz8**

Diane Shipley is politely process served her court papers and la
him for assault. In front of the Judge Jews and under oath she d
that never happened in the case. Perjury in the case is now han





10. Indeed, Diane Shipley has been spotted in the Court's parking lot a few weeks

ago, without a permit to carry a concealed weapon, carrying a concealed weapon

close to the court, the judges and court personnel.



11. Don Shipley and Diane Shipley, however, are due to appear in Dorchester County Maryland Court on June 28, 2017. They must go through the Court's metal detector and their weapons will be confiscated or they will leave them in their automobiles.

12. Therefore, the peaceful way to serve the Shipleys at this time is to have a licensed process server inside the courthouse, after the Shipleys have been screened for weapons and within the presence of the bailiffs, hand the summons and complaint to them.

13. Therefore, request is made that the return of proof of service be permitted to be after June 28, 2017, or to be filed by July 28, 2017.

June 6, 2017

**Dallas Wittgenfeld**

June 6, 2017

**Daniel A. Bernath**

### Certificate of Service

I hereby certify that on____June 6, 2017_____I using United States mail, fully prepaid served the foregoing on the following appearing party:

Robert J. Lockett
1318 NW 47th Street
Kansas City MO 64116